

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00051-CV

TINA M. CANTRELL                                           APPELLANT

V.

RONALD M. CANTRELL                                    APPELLEE

-----------

## FROM COUNTY COURT AT LAW NO. 1 OF PARKER COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On July 10, 2013 and August 1, 2013, we notified appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  August 22, 2013